JS 45 (01/2008)

# REDACTED

## Criminal Case Cover Sheet                                                                                      U.S. District Court

**Place of Offense:**         Under Seal: Yes ___ No X___    Judge Assigned: _____

City _____ Arlington _____ Superseding Indictment _____ Criminal Number: _____

County/Parish ___ VA ___ Same Defendant _____ New Defendant _____

Magistrate Judge Case Number  1:12MJ33 _____ Arraignment Date: _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

Related Case Name and No: _____

**Defendant Information:**

Juvenile -- Yes ___ No X ___ FBI # _____

Defendant Name: John Kiriakou _____ Alias Name(s) _____

Address: Arlington, VA _____

Employment: _____

Birth date 1964 _____ SS# _____ Sex ___ Def Race _____ Nationality _____ Place of Birth _____

Height _____ Weight _____ Hair _____ Eyes _____ Scars/Tattoos _____

Interpreter: ___ No ___ Yes List language and/or dialect: _____ Automobile Description _____

**Location Status:**

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody    ___ On Pretrial Release    ___ Not in Custody

___ Arrest Warrant Requested    ___ Fugitive                 ___ Summons Requested

___ Arrest Warrant Pending      ___ Detention Sought         ___ Bond _____

**Defense Counsel Information:**

Name: Plato Cacheris _____    ___ Court Appointed    Counsel conflicted out: _____

Address: _____                 X ___ Retained         _____

Telephone: (703) 519-8840 _____ ___ Public Defender   Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**

AUSA  Lisa Owings _____ Telephone No: 703-299-3741 _____ Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**

_____

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 50 U.S.C. 421(b) | Disclosure of classified information identifying a covert agent | _____ | Felony |
| Set 2 | 18 U.S.C. 793(d) | Transmission of national defense information | _____ | Felony |
| Set 3 | 18 U.S.C. 1001(a) | False statement | _____ | Felony |

(May be continued on reverse)

Date: 1/23/2012 _____ Signature of AUSA: _L. Owings_____